IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| HOUSTON DIE CASTING COMPANY, | ) | CASE NO. 1:03CV1033 |
| | ) | |
| Plaintiff, | ) | JUDGE JOHN R. ADAMS |
| | ) | |
| v. | ) | |
| | ) | |
| EATON CORPORATION, | ) | **DEFENDANT EATON** |
| | ) | **CORPORATION'S EXHIBIT LIST** |
| Defendant. | ) | |
| | ) | |

Pursuant to this Court's Trial Order, Defendant Eaton Corporation ("Eaton") respectfully submits the following proposed exhibit list. Exhibits are listed by both deposition exhibit number (where applicable) and by Bates number. Multi-page documents are identified by the number of the initial page.

## Harold Gluckman Deposition

1.    Defendant's Exhibit 1 – No Bates Number

      Plaintiff's Complaint

2.    Defendant's Exhibit 2 – EAT 0525

      August 22, 2002 letter from H. Gluckman to K. Idonije

3.    Defendant's Exhibit 3 – HDC 02110

      August 21, 2002 letter from K. Idonije to H. Gluckman

4.    Defendant's Exhibit 3 – HDC02012

Purchase order 16052 for Okuma Machining Center and CNC equipment

5.     Defendant's Exhibit 5 – HDC 04837

Loan documents from Texas State Bank

6.     Defendant's Exhibit 6 – HDC 02928

September 7, 2000 memo from H. Gluckman to G. Wiseman on interest payments

7.     Defendant's Exhibit 7 – HDC 02418

January 27, 2001 e-memo on CNC costs

8.     Defendant's Exhibit 8—EAT0309

Recap on interest and payment on bank notes

9.     Defendant's Exhibit 9—HDC05099

"Eaton Claim—7/23/02"

**<u>Martha Gluckman Deposition</u>**

10.     Defendant's Exhibit 10—HDC02015

July 19, 2000 letter from H. Gluckman to K. Hurston

11.     Defendant's Exhibit 11—HDC02608

Invoice 28782, 29075, 2907

12.     Defendant's Exhibit 12—HDC02289

        Invoice 28782, 28938, 29032, 29074, 29075, 2927, 30125, 31088, 31089, 31805, 31825, 31872, 32269

13.     Defendant's Exhibit 13—EAT0295

        July 13, 2000 letter from M. Gluckman to R. Johnson

14.     Defendant's Exhibit 14—HDC02308

        Invoices 33430

15.     Defendant's Exhibit 15—HDC

        Invoice 33511, 33548, 33608, 33768, 33870, 1226, 34008, 34325, 34344

16.     Defendant's Exhibit 16—HDC02302

        Credit Memo 1186, Invoice 32360, 32739, 32785, 32988, 33413

17.     Defendant's Exhibit 17—HDC03117

        HDC scrap reports and shipping authorizations

18.     Defendant's Exhibit 18—HDC02535

        Detailed inventory report for 7/24/2002

19.     Defendant's Exhibit 19—HDC02287

        Detailed customer history for 12/31/2002

20.    Defendant's Exhibit 20—HDC02987

        Customer invoice history for 12/31/2002

**Don Crowe Deposition**

21.    Defendant's Exhibit 21—HDC01914

        April 29, 2001 e-mail on PPAP process

22.    Defendant's Exhibit 22—HDC02924

        February 9, 2001 e-mail on pricing

23.    Defendant's Exhibit 23—HDC03932

        November 28, 2000 email on Eaton visit

24.    Defendant's Exhibit 24—HDC02115

        List by DBHL of relevant action dates

25.    Defendants' Exhibit 27—HDC02476

        Central Die Casting Volumes: 03-23-01

**Gerardo Cossa Deposition**

26.    Defendant's Exhibit 25—HDC03471

        Handwritten memo  regarding quality issues, containment actions and root cause analysis

27.    Defendant's Exhibit 26—HDC01680

March 9, 2001 email with corrective action attachment

28.    Defendant's Exhibit 28—HDC02106

Chart on Eaton Problem With Leakers from 2/22/2002

29.    Defendant's Exhibit 29—HDC01757

February 27, 200 e-mail on 8 D corrective action

30.    Defendant's Exhibit 30—HDC03468

Marzo 20, 2002 memorandum interno

31.    Defendant's Exhibit 31—EAT0825

January 25, 2001 memorandum from QAS International

32.    Defendant's Exhibit 32—EAT0828

Summary of collective actions for Eaton survey

**<u>Luis Ruiz Deposition</u>**

33.    Defendant's Exhibit 33—HDC00778

Eaton supplier performance standard

34.    Defendant's Exhibit 34—HDC03831

October 17, 2000 e-mail on Eaton timeline

35.    Defendant's Exhibit 35—HDC03831

Experimento 3 pieza 422290

36.  Defendant's Exhibit 36—No Bates Number

Exp. 1 on P Intensificador = 2700

37.  Defendant's Exhibit 37—No Bates Number

IQP Action Plan with handwritten notes

38.  Defendant's Exhibit 38—No Bates Number

Handwritten notes on contents of "Disco 1"

39.  Defendant's Exhibit 39—No Bates Number

Schematic with handwritten notes on 12-Sept. corroboration

40.  Defendant's Exhibit 40—No Bates Number

Schematic with handwritten notes on 12-Sept. Lack of Material Stock

41.  Defendant's Exhibit 41—No Bates Number

Dimensions for die casting with schematic

42.  Defendant's Exhibit 42—No Bates Number

Houston Die Casting Company Solicitud Para Matenimiento de Dados No. 0889

43.  Defendant's Exhibit 34—No Bates Number

Summary of collective actions for Eaton survey with handwritten notes

44.     Defendant's Exhibit 44—No Bates Number

    Handwritten memo from L. Ruiz to G. Cossa and R. Garza from March 2001

45.     Defendant's Exhibit 45—No Bates Number

    PPAPS process Level 3 with handwritten notes

46.     Defendant's Exhibit 46—No Bates Number

    Report on the Review of the Management Documents

47.     Defendant's Exhibit 47—No Bates Number

    April 1, 2001 e-mail regarding final inspection gages

48.     Defendant's Exhibit 48—No Bates Number

    April 5, 2001 e-mail regarding tolerances on part 682988

49.     Defendant's Exhibit 49—No Bates Number

    April 15, 2001 e-mail regarding housing from HEMAQ

50.     Defendant's Exhibit 50—No Bates Number

    November 6, 2000 memo on runoff of Eaton housing at Okuma

51.     Defendant's Exhibit 51—No Bates Number

    December 11, 2000 e-mail on Dicastomex timeline

52.     Defendant's Exhibit 52—HDC01906

April 18, 2001 e-mail on corrections to 682937 housing

53.     Defendant's Exhibit 53—HDC01056

        July 1, 1002 note on Aries Tool stationery

54.     Defendant's Exhibit 54—HDC02904

        August 3, 2001 e-mail on shipments to Hutchinson

55.     Defendant's Exhibit 55—HDC00329

        December 18, 2001 e-mail on information to Dicastomex about 682988

56.     Defendant's Exhibit 56—EAT0455

        January 7, 2002 e-mail on QA issues 422308

57.     Defendant's Exhibit 57—HDC05041

        February 27, 2002 e-mail on Dicastomex-EATON project

58.     Defendant's Exhibit 58—HDC02937

        April 9, 2001 e-mail on notes from April 6th HDC meeting at Hutchinson

59.     Defendant's Exhibit 59—HDC03843

        October 23, 2000 email on Okuma run-off

60.     Defendant's Exhibit 60—HDC03520

        January 25, 2001 memorandum to R. Hester and R. Johnson

61.     Defendant's Exhibit 61—HDC0560

        January 29, 2001 e-mail on Dicastomex audit report

62.     Defendant's Exhibit 62—HDC04025

        February 1, 2001 e-mail on feedback per Dicastomex audit report comments

63.     Defendant's Exhibit 63—HDC01933

        March 1, 2001 e-mail on Okuma run-off

64.     Defendant Exhibit 64—HDC02922

        May 12, 2001 e-mail providing Dicastomex update

65.     Defendant's Exhibit 65—HDC01894

        July 16, 2001 e-mail on payments Luiz Ruiz

66.     Defendant's Exhibit 66—HDC02905

        July 31, 2001 e-mail on DCMX delivery on 422308

67.     Defendant's Exhibit 67—HDC02904

        August 3, 2001 e-mail on shipments to Hutchinson

68.     Defendant's Exhibit 68—HDC01872

        August 3, 2001 email on Callen contract

69.     Defendant's Exhibit  69—HDC01871

August 6, 2001 e-mail on PPAP parts 682988

70.    Defendant's Exhibit 70—HDC01856

August 10, 2001 e-mail sending porosity photos

71.    Defendant's Exhibit 71—HDC04133

August 14, 2001 e-mail on Dicatomex meeting at Hutchinson

72.    Defendant's Exhibit 72—EAT0407

September 12, 2001 e-mail on 308 update at DCMX

73.    Defendant's Exhibit 73—HDC01822

September 17, 2001 e-mail on critical reality

74.    Defendant's exhibit 74—HDC01666

September 26, 2001 e-mail on MW-DCMX arrangement with QAS

75.    Defendant's Exhibit 75—HDC02095

September 27, 2001 e-mail on 682988 samples

76.    Defendant's Exhibit 76—HDC01811

September 27, 2001 e-mail 682988

77.    Defendant's Exhibit 77—HDC03055

October 8, 2001 e-mail on Dicastomex first 150 parts shipment

78.     Defendant's Exhibit 78—HDC03058

        October 8, 2001 e-mail forwarding HDC03055 to Jim Verega

79.     Defendant's Exhibit 79—HDC01802

        November 1, 2001 e-mail on porosity criteria

80.     Defendant's Exhibit 80—HDC01796

        November 1, 2001 e-mail with pictures from 2 samples sent to Eaton

81.     Defendant's Exhibit 81—HDC00329

        December 18, 2001 e-mail on information to Dicastomex about 682988

82.     Defendant's Exhibit 81—HDC05041

        February 27, 2002 e-mail on Dicastomex-EATON project

83.     Defendant's Exhibit 83—HDC01725

        August 8, 2001 report of visit to Hutchinson to review findings from first production lot

**<u>Verega Deposition</u>**

84.     Verega Exhibit 1—No Bates Stamp

        Hand-drawn diagram from J. Verega

85.     Verega Exhibit 2—HDC02246

        November 6, 2000 memo on Runoff of Eaton housing at Okuma

86.    Verega Exhibit 3—HDC0328

       Eaton Part Submission—Dimensional Report

87.    Verega Exhibit 4—HDC01921

       March 31, 2001 e-mail on sample housings for phase 2 CNC

88.    Verega Exhibit 5—HDC02999

       July 12, 2001 e-mail on DCMX remaining issues

89.    Verega Exhibit 6—EAT0389

       August 15, 2001 email on Dicastomex 8-14 meeting at Eaton

90.    Verega Exhibit 7—HDC03582

       New Product Introduction Checklist

91.    Verega Exhibit 8—EAT0687

       January 28, 2002 email on 422308 and 622988 lot status

92.    Verega Exhibit 9—HDC03109

       January 30, 2002 DPPM letter to J. Verega

93.    Verega 10—HDC01836

       August 13, 2001 e-mail on Eaton visit preparation

94.    Verega Exhibit 11—HDC01725

August 22, 2001 report of visit to Hutchinson to review findings in first production lot

95.     Verega Exhibit 12—EAT0963

March 14, 2002 e-mail on Dicastomex action plan

96.     Verega Exhibit 13—HDC02849

July 2, 2002 e-mail on status of 422308's and DCMX/Eaton

97.     Verega Exhibit 14—HDC03006

IQP action plan

98.     Verega Exhibit 15—HDC03017

Handwritten notes from 2/20/02 Eaton phone conversation

99.     Verega Exhibit 16—HDC03015

List of Eaton problems with leakers

100.    Verega Exhibit 17—HDC03041

Handwritten notes from Eaton conference call at 9:00 a.m. 11/1/01

**Wiseman Deposition**

101.    Wiseman Exhibit  1—EAT0254

May 9, 1999 letter to R. Johnson

102.    Wiseman Exhibit 2—HDC02165

Representation Agreement

103.    Wiseman Exhibit 3—HDC01997

        January 4, 2000 e-mail on Eaton visit

104.    Wiseman Exhibit 4—HDC02197

        Draft sourcing agreement

105.    Wiseman Exhibit 5—HDC02195

        January 12, 2000 e-mail

106.    Wiseman Exhibit 6—HDC02212

        January 18, 2000 e-mail on lease cost

107.    Wiseman Exhibit 7—HDC04200

        January 19, 2000 e-mail on Eaton status

108.    Wiseman Exhibit 8—HDC02213

        January 23, 2000 e-mail on Eaton, leases

109.    Wiseman Exhibit 9—HDC01992

        January 26, 2000 e-mail on volume update

110.    Wiseman Exhibit 10—HDC02215

        January 27, 2000 e-mail on volume update

111.    Wiseman Exhibit 11—HDC02220

        January 27, 2000 on formal RFQ from Eaton

112.    Wiseman Exhibit 12—HDC02628

        January 28, 2000 price quote

113.    Wiseman Exhibit 13—HDC02222

        January 30, 2000 e-mail on strategic proposal revision

114.    Wiseman Exhibit 14—HDC04941

        January 31, 2000 email attaching spreadsheets

115.    Wiseman Exhibit 15—HDC04989

        Eaton pricing cost breakout

116.    Wiseman Exhibit 16—HDC02228

        Strategic program proposal for die castings

117.    Wiseman Exhibit 17—HDC04203

        February 4, 2002 e-mail on 210 piece lot

118.    Wiseman Exhibit 18—HDC01723

        Prices from 4Q 1999 and 1Q 2000

119.    Wiseman Exhibit 19—HDC02445

February 13, 2000 e-mail on Eaton contract

120. Wiseman Exhibit  20—HDC2000

February 14, 2000 letter of intent

121. Wiseman Exhibit  21—HDC04972

March 2, 2000 e-mail on Eaton pricing

122. Wiseman Exhibit  22—HDC01989

March 14, 2000 e-mail on HEMAQ-OKUMA-Eaton

123. Wiseman Exhibit  23—HDC01720

March 15, 2000 e-mail on HEMAQ-OKUMA-Eaton

124. Wiseman Exhibit  24—EAT0240

March 15, 2000 letter on strategic overview

125. Wiseman Exhibit  25—HDC01987

March 15, 2000 on Eaton die cast mold

126. Wiseman Exhibit  26—HDC01986

March 16, 2000 e-mail on HEMAQ-OKUMA-Eaton

127. Wiseman Exhibit  27—HDC01716

March 27, 2000 e-mail on leasing of Okuma equipment

128.     Wiseman Exhibit  28—HDC0764

      Sourcing Agreement

129.     Wiseman Exhibit  29—HDC02937

      April 9, 2000 notes from HDC meeting in Hutchinson

130.     Wiseman Exhibit 30—EAT0246

      April 9, 2000 notes from HDC meeting in Hutchinson

131.     Wiseman Exhibit 31—HDC02936

      April 12, 2000 e-mail on Eaton die

132.     Wiseman Exhibit  32—EAT0249

      Fax on HDC/DCMX fixtures and cost reductions

133.     Wiseman Exhibit  33—EAT0250

      Request for quote on trim tool

134.     Wiseman Exhibit  34—HDC02619

      April 28, 2000 ISR results

135.     Wiseman Exhibit  35—HDC01713

      April 18, 2000 e-mail on increased downpayment for leak tester

136.     Wiseman Exhibit  36—HDC01712

May 12, 2000 e-mail on Okuma-Eaton telephone call

137.  Wiseman Exhibit  37—HDC02443

June 4, 2000 e-mail Eaton update

138.  Wiseman Exhibit  38—HDC01709

June 14, 2000 e-mail on new dies per DCMX

139.  Wiseman Exhibit  39—HDC02194

July 9, 2000 e-mail on visit to DCMA

140.  Wiseman Exhibit  40—HDC03807

September 7, 2000 e-mail on list of die casting housings

141.  Wiseman Exhibit  42—HDC00006

September 7, 2000 letter on loan repayment

142.  Wiseman Exhibit  43—HDC03814

September 12, 2000 e-mail on first week of October visit to Mexico

143.  Wiseman Exhibit  44—HDC01970

September 21, 2000 e-mail on Eaton project

144.  Wiseman Exhibit  45—HDC03819

September 21, 2000 e-mail on DCMX letter

145.    Wiseman Exhibit  46—HDC03831

October 17, 2000 e-mail on Eaton timeline

146.    Wiseman Exhibit  47—HDC03839

October 20, 2000 e-mail on Eaton casting feedback

147.    Wiseman Exhibit  48—HDC03843

October 23, 2000 e-mail on Eaton run-off

148.    Wiseman Exhibit  49—HDC03872

October 26, 2000 e-mail on updated aluminum housing timeline

149.    Wiseman Exhibit  50—HDC03927

November 26, 2000 e-mail on Eaton visit

150.    Wiseman Exhibit  51—HDC03932

November 28, 2000 e-mail on suggestions to D. Crowe

151.    Wiseman Exhibit  52—HDC01690

November 28, 2000 e-mail on HDC priorities in new work pursued

152.    Wiseman Exhibit  53—HDC03940

December 8, 2000 e-mail on Imprex for Eaton

153.    Wiseman Exhibit  54—EAT0154

December 11, 2000 e-mail on Dicastomex timeline

154.   Wiseman Exhibit 55—HDC03947

December 18, 2000 e-mail on strategic sourcing plan

155.   Wiseman Exhibit 56—HDC04984

Invoices on purchase of CNC machine

156.   Wiseman Exhibit 57—HDC04976

Invoices on purchase of CNC machines and equipment

157.   Wiseman Exhibit 58—HDC01953

Recap on payment of bank loan

158.   Wiseman Exhibit 60—HDC02930

January 27, 2001 e-mail message on adjusted costs

159.   Wiseman Exhibit 62—EAT05600

January 29, 2001 e-mail on Discastomex audit report

160.   Wiseman Exhibit 63—HDC04025

February 1, 2001 e-mail on feedback per Dicastomex audit report comments

161.   Wiseman Exhibit 64—HDC01685

February 2, 2001 e-mail on die cast visit to DCMX

162.   Wiseman Exhibit  65—HDC01949

February 2, 2001 e-mail on interest in Dicastomex project

163.   Wiseman Exhibit  66—HDC05012

February 8, 2001 e-mail on volume drop machining impact

164.   Wiseman Exhibit  67—HDC02924

February 9, 2001 e-mail DCMX machining due to increase due to lower volumes

165.   Wiseman Exhibit  68—EAT0234

Quote 26000-2C & 26000-500C

166.   Wiseman Exhibit  69—HDC01933

March 1, 2001 e-mail on Okuma run-off

167.   Wiseman Exhibit  70—HDC01682

March 2, 2001 e-mail on CMM, HEMAQ, repeatability complete start-up

168.   Wiseman Exhibit  71—HDC01923

March 31, 2001 e-mail on Eaton 1st articles or PPAP submissions

169.   Wiseman Exhibit  72—HDC01921

March 31, 2001 e-mail on sample housings for phase 2 CNC

170.   Wiseman Exhibit  73—HDC01920

April 7, 2001 e-mail on DCMX contract and holding costs

171.    Wiseman Exhibit  74—HDC01918

April 7, 2001 e-mail on summary of new tooling PPAPs

172.    Wiseman Exhibit 75—HDC2070

April 9, 2001 e-mail on DCM contract—CNC holding costs

173.    Wiseman Exhibit 76—HDC01914

April 26, 2001 email on PPAP

174.    Wiseman Exhibit 77—HDC01912

May 12, 2001 e-mail on feedback

175.    Wiseman Exhibit 78—HDC04090

May 20, 2001 email on DCMX move in

176.    Wiseman Exhibit 79—HDC 02076

June 5, 2001 email on Eaton visit

177.    Wiseman Exhibit 80—HDC02913

June 26, 2001 email

178.    Wiseman Exhibit 81—HDC01903

June 28, 2001 email

179.    Wiseman Exhibit 82—HDC02081

        June 28, 2001 email

180.    Wiseman Exhibit 83—HDC01897

        July 2, 2001 email

181.    Wiseman Exhibit 84—HDC01899

        July 2, 2001 email

182.    Wiseman Exhibit 85—HDC01900

        July 2, 2001 email

183.    Wiseman Exhibit 86—HDC0299

        July 12, 2001 email

184.    Wiseman Exhibit 87—HDC01896

        July 16, 2001 email

185.    Wiseman Exhibit 88—HDC01894

        July 16, 2001 email

186.    Wiseman Exhibit 89—HDC01699

        July 16, 2001 email

187.    Wiseman Exhibit 90—HDC01892

July 19, 2001 email

188.   Wiseman Exhibit 91—HDC1883

July 23, 2001 email

189.   Wiseman Exhibit 93—HD02082

July 23, 2001 email

190.   Wiseman Exhibit 94—HDC02088

July 23, 2001 email

191.   Wiseman Exhibit 95—HDC02252

July 23, 2001

192.   Wiseman Exhibit 96—HDC02905

July 31, 2001 email

193.   Wiseman Exhibit 97—HDC04170

August 26, 2001 email

194.   Wiseman Exhibit 98--HDC01725

August 22, 2001 presentation on 422290

195.   Wiseman Exhibit 99—HDC04153

August 22, 2001 email

196.    Wiseman Exhibit 100—HDC03063

        August 22, 2001 presentation with handwritten notes

197.    Wiseman Exhibit 101—EAT0391

        August 15, 2001 email

198.    Wiseman Exhibit 102—HDC01834

        August 15, 2001 email

199.    Wiseman Exhibit 103—HDC04133

        August 14, 2001 email

200.    Wiseman Exhibit 104—EAT0720

        August 14, 2001 email with handwritten notes

201.    Wiseman Exhibit 105—HDC04132

        August 13, 2001 email

202.    Wiseman Exhibit 106—HDC0380

        August 13, 2002 email on casting porosity

203.    Wiseman Exhibit 107—HDC01836

        August 13, 2001 email

204.    Wiseman Exhibit 108—HDC02262

August 13, 2001 email

205.    Wiseman Exhibit 109—HDC0376

        August 13, 2001 email

206.    Wiseman Exhibit 110—HDC01838

        August 12, 2001 email

207.    Wiseman Exhibit 111—HDC0375

        August 12, 2001 email

208.    Wiseman Exhibit 112—HDC01841

        August 10, 2001 email

209.    Wiseman Exhibit 113—HDC01856

        August 10, 2001 email with porosity photos

210.    Wiseman Exhibit 114—EAT0369

        August 10, 2001 email

211.    Wiseman Exhibit 115—HDC01861

        August 10, 2001 email

212.    Wiseman Exhibit 116—HDC01846

        August 10, 2001 email

213.  Wiseman Exhibit 117—EAT0266

August 9, 2001 email

214.  Wiseman Exhibit 118—EAT0364

August 8, 2001 email

215.  Wiseman Exhibit 119—HDC01866

August 10, 2001 email

216.  Wiseman Exhibit 120—HDC01871

August 6, 2001 email

217.  Wiseman Exhibit 121—HDC01877

August 3, 2001 email

218.  Wiseman Exhibit 122-HDC01872

August 3, 2001 email

219.  Wiseman Exhibit 123—EAT0407

September 12, 2001 email

220.  Wiseman Exhibit 124—EAT0408

September 12, 2001 email

221.  Wiseman Exhibit 125—HDC02895

August 13, 2001 email

222.  Wiseman Exhibit 126—EAT0718

September 14, 2001 letter

223.  Wiseman Exhibit 127—HDC02413

September 14, 2001 letter

224.  Wiseman Exhibit 128—HDC01822

September 17, 2001 email

226.  Wiseman Exhibit 129—HDC01666

September 26, 2001 email

227.  Wiseman Exhibit 130—HDC01819

September 26, 2001 email

228.  Wiseman Exhibit 131—HDC02058

October 8, 2001 email

229.  Wiseman Exhibit 132—HDC03055

October 8, 2001 email

230.  Wiseman Exhibit 133—HDC0417

October 11, 2001 email

231.    Wiseman Exhibit 134—HDC01809

October 12, 2001 email

232.    Wiseman Exhibit 135—HDC01808

October 15, 2001 email

233.    Wiseman Exhibit 136—EAT0428

October 26, 2001 email

234.    Wiseman Exhibit 137—EAT0421

October 26, 2001 email

235.    Wiseman Exhibit 138—HDC02888

November 8, 2001 email

236.    Wiseman Exhibit 139—EAT0435

November 8, 2001 email

237.    Wiseman Exhibit 140—HDC01789

November 8, 2001 email

238.    Wiseman Exhibit 141—HDC0442

November 13, 2001 email

239.    Wiseman Exhibit 142—EAT0444

November 19, 2001 email

240.   Wiseman Exhibit 143—HDC02884

November 24, 2001 email

241.   Wiseman Exhibit 144—HDC01665

November 26, 2001 email

242.   Wiseman Exhibit 145—HDC01786

November 26, 2001 email

243.   Wiseman Exhibit 146—HDC01663

November 26, 2001 email

244.   Wiseman Exhibit 147—EAT0707

November 26, 2001 email

245.   Wiseman Exhibit 148—HDC01783

November 26, 2001 email

246.   Wiseman Exhibit 149—HDC01781

November 26, 2001 email

247.   Wiseman Exhibit 150—EAT0446

December 1, 2001 email

248.  Wiseman Exhibit 151—HDC01776

December 1, 2001 email

249.  Wiseman Exhibit 152—EAT0449

December 2, 2001 email

250.  Wiseman Exhibit 153—HDC01661

December 3, 2001 email

251.  Wiseman Exhibit 154—HDC04185

December 4, 2001 email

252.  Wiseman Exhibit 155—HDC01770

December 4, 2001 email

253.  Wiseman Exhibit 156—HDC04190

December 10, 2001 email

254.  Wiseman Exhibit 157—HDC02889

December 14, 2001 email

255.  Wiseman Exhibit 158—HDC0329

December 18, 2001 email

256  Wiseman Exhibit159—EAT0701

January 2, 2002 email

258    Wiseman Exhibit 160—HDC02864

January 7, 2002 email

259    Wiseman Exhibit 161—EAT0696

January 7, 2002 email

260.    Wiseman Exhibit 162—EAT0455

January 7, 2002 email

261    Wiseman Exhibit 163—EAT0694

January 7, 2002 email

262.    Wiseman Exhibit 164—EAT0457

January 12, 2002 email

263.    Wiseman Exhibit 165—HDC01768

January 15, 2002 email

264.    Wiseman Exhibit 167—EAT0460

January 16, 2002 email

265.    Wiseman Exhibit 168—HDC01767

January 16, 2002 email

266.  Wiseman Exhibit 169—HDC01764

January 21, 2002 email

267.  Wiseman Exhibit 170—EAT0470

February 4, 2002 email

268.  Wiseman Exhibit 171—HDC02856

February 4, 2002 email

269.  Wiseman Exhibit 172—EAT0683

February 4, 2002 email

270.  Wiseman Exhibit 173—HDC01761

February 8, 2002 email

280.  Wiseman Exhibit 174—HDC02854

February 11, 2002 email

290  Wiseman Exhibit 175—HDC05038

February 12, 2002 email

291.  Wiseman Exhibit176—HDC05034

February 12, 2002 email

292.  Wiseman Exhibit 177—HDC05041

February 27, 2002 email

293.   Wiseman Exhibit 178—HDC0482

March 11, 2002 email

294.   Wiseman Exhibit 179—HDC02852

March 17, 2002 email

295.   Wiseman Exhibit 180—HDC01753

March 17, 2002 email

296.   Wiseman Exhibit 181—HDC05043

April 3, 2002 email

297.   Wiseman Exhibit 182—HDC02851

April 24, 2002 email

298.   Wiseman Exhibit 183—HDC01749

April 24, 2002 email

299.   Wiseman Exhibit 184—EAT0484

April 27, 2002 email

300.   Wiseman Exhibit 185—EAT01658

May 7, 2002 email

301.  Wiseman Exhibit 186—EAT0487

 May 30, 2002 email

302.  Wiseman Exhibit 187—HDC01746

 May 30, 2002 email

303.  Wiseman Exhibit 188—EAT0489

 June 12, 2002 email

304.  Wiseman Exhibit 189—HDC02849

 July 2, 2002 email

305.  Wiseman Exhibit 190—HDC01744

 July 2, 2002 email

306.  Wiseman Exhibit 191—HDC02109

 July 22, 2002 email

307.  Wiseman Exhibit 192—HDC05094

 July 22, 2002 email

308.  Wiseman Exhibit 193—HDC05099

 Eaton claim 7/23/02

309.  Wiseman Exhibit 194—HDC05084

July 27, 2002 email on Eaton claim

310.  Wiseman Exhibit 195—HDC05077

August 12, 2002 email

311.  Wiseman Exhibit 196—HDC05076

August 20, 2002 email

312.  Wiseman Exhibit 197—EAT0516

Eaton termination letter with handwritten notes

313.  Wiseman Exhibit 198—HDC02110

Eaton termination letter

314.  Wiseman Exhibit 199—HDC05074

HDC termination letter

315.  Wiseman Exhibit 200—HDC02158

Draft HDC termination letter

316.  Wiseman Exhibit 201—HDC05071

HDC termination letter

317.  Wiseman Exhibit 202—HDC05065

August 23, 2002 email